UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISTIAN SANCHEZ, on behalf of himself and
all others similarly situated,

                Plaintiffs,

                                      :         ORDER
      -against-
                                      :        21-CV-3059 (PGG)(KNF)

FORMA SUPPLY CO LLC,

                Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The defendant was served with the complaint on April 24, 2021.  See Docket Entry No.6. The docket sheet maintained by the Clerk of Court for this action reflects that the defendant has neither answered nor moved with respect to the complaint, and the time for doing so has elapsed. Therefore, on or before September 3, 2021, the plaintiffs shall advise the Court, in writing, of the status of this action.

Dated: New York, New York                SO ORDERED:
       August 30, 2021

                                                            *Kevin Nathaniel Fox*
                                                      KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE