UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISTIAN SANCHEZ, on behalf of himself and
all others similarly situated,

        Plaintiffs,

   -against-

FORMA SUPPLY CO LLC,

        Defendant.
------------------------------------------------------------X

ORDER

21-CV-3059 (PGG)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The defendant was served with the complaint on April 24, 2021. See Docket Entry No.6. The docket sheet maintained by the Clerk of Court for this action reflects that the defendant has neither answered nor moved with respect to the complaint, and the time for doing so has elapsed. In a letter dated September 2, 2021, Docket Entry No. 8, the plaintiff requested 30 days to request that the Clerk of Court enter the defendant's default and to file "an Order to Show Cause for default judgment. The Court granted the plaintiff's request on September 3, 2021. See Docket Entry No. 9. As of the date of this order, the docket sheet for this action does not reflect that the plaintiff has either requested and obtained from the Clerk of Court an entry respecting the defendant's default, or has made an application to the court, by order to show cause, for a judgment by default. On or before October 13, 2021, the plaintiff shall proceed in accordance with Fed. R. Civ. P. 55. The plaintiff is reminded that failing to comply with a court order may result in the imposition of sanctions, including the harshest sanctions.

Dated: New York, New York
      October 8, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Case 1:21-cv-03059-PGG-KNF   Document 10   Filed 10/08/21   Page 2 of 2