UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ, on behalf of
himself and all others similarly situated,

- against -

FORMA SUPPLY CO LLC,

                              Defendant.

**ORDER**

21 Civ. 3059 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　The show cause hearing currently scheduled for December 20, 2021 at 11:45 a.m.

will now take place on **January 7, 2022 at 10:45 a.m.**  The hearing will be in Courtroom 705 of

the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated:　New York, New York
　　　　　December 17, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge